UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RICKY DEAN STEVENSON                    CIVIL ACTION NO. 07-0869

versus                                  JUDGE HICKS

ABB, INC., ET AL                        MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the court is a Motion to Intervene (Doc. 9) filed by International Paper.  IP's

Proposed Complaint of Intervention (Doc. 9-5) alleges that IP paid $198,277.68 in weekly

worker's compensation benefits and medical expenses on behalf of Plaintiff in connection

with the injury which is the subject of Plaintiff's complaint.  IP's intervention seeks

reimbursement of all benefits paid (or to be paid in the future) to Plaintiff.

The complaint in intervention requires an independent jurisdictional basis.  Dushane

v. Gallagher Kiser Corp., 2005 WL 1959151 (W.D. La. 2005).  Accordingly, the citizenship

of the relevant parties, including corporations, must be set forth affirmatively and distinctly.

Guillory v. PPG Industries, Inc., 2006 WL 861011, n.3 (W.D. La. 2006).

IP, in its proposed Complaint of Intervention, describes itself as a "foreign corporation

authorized to do and doing business within the State of Louisiana ... ."  That is not sufficient.

IP must state with specificity (1)  the state in which it is incorporated and (2) the state in

which it has its principal place of business.  With regard to the citizenship of the other

parties, it is noted that Plaintiff's original petition alleges that Plaintiff is domiciled in

Louisiana.  The  Notice of Removal establishes that Defendants are Delaware corporations with their principal place of business in Connecticut.

IP's **Motion to Intervene (Doc. 9)** is **granted**, and IP's Complaint of Intervention will be filed.  IP is permitted until **September 21, 2007** to file a Motion for Leave to Amend the Complaint of Intervention, accompanied by a proposed Amended Complaint of Intervention that specifies the citizenship of each party to this litigation.  Failure to comply with this order may result in dismissal without prejudice of the Complaint of Intervention or even the entire action for lack of subject matter jurisdiction.  See Dushane.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 7th day of September, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE